United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT M. LOPEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>W. OWEN,<br><br>    Defendant.<br>_____ | No. C 05-4013 MMC (PR)<br><br>**ORDER OF DISMISSAL**<br><br>**(Docket No. 2)** |

Plaintiff, a California prisoner proceeding pro se, filed the above-titled civil rights action pursuant to 42 U.S.C. § 1983.  The claims in the complaint are identical to the allegations in a complaint filed by plaintiff on the same day as the instant complaint.  See Lopez v. Owen, No. C 05-4012 MMC (PR).  The complaint in case number 04-2014 MMC (PR) is currently pending before the Court.  A complaint that merely repeats pending or previously litigated claims is frivolous and may be dismissed sua sponte.  See Cato v. United States, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995); Bailey v. Johnson, 846 F.2d 1019, 1021 (5th Cir. 1988).  As the claims in plaintiff's complaint are duplicative of the claims raised in plaintiff's other pending case, the above-titled action is hereby DISMISSED as duplicative.  In light of this dismissal, the application to proceed in forma pauperis is DENIED, and no fee is due.

The Clerk shall close the file and terminate Docket No. 2.

IT IS SO ORDERED.

DATED: October 27, 2005

_____
MAXINE M. CHESNEY
United States District Judge